# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

## Minutes of Proceedings

Judge: __**Esther Salas**__          __JUNE 16, 2015__
                                      Date of Proceedings

Court Reporter: __Lynne Johnson__

Deputy Clerk: __Philip Selecky__

**Title of Case:**                 Docket #__CV. 14-5664 (ES)__

Guess?, Inc. v. Russell, et al.

**Appearances:**
Howard Wexler, Esq, & Andrew Paley, Esq, for the pltf.
Glen Savits, Esq, Molly Brooks, Esq, & Olivia Quinto, Esq, for the defts.

**Nature of Proceedings:** Hearing on the defts, pending motion to dismiss.
Opinion read into the record.
Ordered motion granted.


Time Commenced: 2:35 p.m.
Time Adjourned: 4:00 p.m.
Total Time: 1.25


                              __Philip Selecky, Deputy Clerk__