## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GUESS?, INC.,**<br><br>               **Plaintiff,**<br><br>         **v.**<br><br>**MARISOL RUSSELL and**<br>**MELISSA PORCELLO**<br><br>           **Defendants.** | **Civil Action No. 14-5664 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court by way of a motion to dismiss filed by Defendants Marisol Russell and Melissa Porcello, (D.E. No. 18);

and the Court having held oral argument on June 16, 2015 and considered the parties submissions, and the applicable law;

and for the reasons set forth in an Oral Opinion on the record on June 16, 2015;

and for good cause shown;

IT IS on this 16th day of June 2015, hereby

**ORDERED** that Defendants' motion to dismiss, (D.E. No. 18), is GRANTED; and it is further

**ORDERED** that Plaintiff's complaint is hereby dismissed; and it is further

**ORDERED** that the Clerk of the Court shall mark this case closed.

s/*Esther Salas*
**Esther Salas, U.S.D.J.**